

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

## NO. 02-15-00101-CV

IN RE JODY WEIDERMAN                                    RELATOR

------------

ORIGINAL PROCEEDING
TRIAL COURT NO. 236-277052-15

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and motion for emergency relief and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and motion for emergency relief are denied.

PER CURIAM

PANEL:  GABRIEL, DAUPHINOT, and SUDDERTH, JJ.

DELIVERED:  March 25, 2015

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).